**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00757-LTB-CBS

MICHELE HAMILTON and
LARRY HALL,
        Plaintiffs,

v.

MATRIX LOGISTICS, INC.,
TIBBET & BRITTEN GROUP NORTH AMERICA, INC.,
ROBERT DODSON, and
FRANK AYALA,
        Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Plaintiff's Motion for Leave to File Second Amended Complaint (filed July 7, 2005) is **DENIED WITHOUT PREJUDICE** for failure to comply with D.C.COLO.LCivR7.1(A).

Dated:  July 11, 2005
_____