**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00757-LTB-CBS

MICHELE HAMILTON and
LARRY HALL,
        Plaintiffs,

v.

MATRIX LOGISTICS, INC.,
TIBBET & BRITTEN GROUP NORTH AMERICA, INC.,
ROBERT DODSON, and
FRANK AYALA,
        Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Upon Defendant Robert Dodson's Response to Plaintiffs' Motion for Leave to File Second Amended Complaint (filed August 4, 2005) and Defendants Matrix, Tibbett & Britten and Ayala's Response to Plaintiffs' Motion for Leave to File Second Amended Complaint (filed August 5, 2005), it is ordered that Plaintiffs' Motion for Leave to File Second Amended Complaint (Revised) (filed July 26, 2005) is **GRANTED**.  Plaintiffs are directed to file the Second Amended Complaint (Revised) with the Court.

     Defendants answers to the Second Amended Complaint are due **on or before August 19, 2005**.

Dated:  August 9, 2005
_____