IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00757-LTB-CBS

MICHELE HAMILTON AND
LARRY HALL,

      Plaintiffs,

v.

MATRIX LOGISTICS, INC.,
TIBBETT & BRITTEN GROUP NORTH AMERICA, INC.,
ROBERT DODSON, AND
FRANK AYALA,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Upon consideration of Defendants Matrix, Tibbett & Britten Group and Ayala's Unopposed Motion for Permission to Participate in Settlement Conference by Telephone (filed December 8, 2005; *doc. no. 41*), it is hereby

      **ORDERED** that the instant motion is **GRANTED**. Mr. Robert Whipple, Esq. (on behalf of Matrix and T&B), and Mr. Frank Ayala, may participate in the December 22, 2005 settlement conference by telephone.

**DATED:**    December 8, 2005