IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-00757-LTB-CBS

MICHELE HAMILTON and
LARRY HALL,

    Plaintiffs

v.

MATRIX LOGISTICS, INC.,
TIBBETT & BRITTEN GROUP NORTH AMERICA, INC.,
ROBERT DODSON, and
FRANK AYALA,

    Defendants.
_____

ORDER
_____

This case is before me on the following motions to dismiss: (1) Defendants Matrix Logistics, Inc. ("Matrix") and Tibbett & Britten Group North America, Inc.'s ("T&B") Motion for Partial Dismissal filed June 14, 2005; (2) Defendant Robert Dodson's ("Dodson") Motion for Partial Dismissal filed July 5, 2005; (3) Defendant Frank Ayala's ("Ayala") Motion for Partial Dismissal filed July 26, 2005; and (4) Defendants' Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint filed August 19, 2005.

The first three motions to dismiss address the allegations in Plaintiffs' First Amended Complaint. Plaintiffs have since filed their Second Amended Complaint, thereby rendering these motions moot. The fourth motion to dismiss was amended and re-filed to cure a filing deficiency. Accordingly, this motion is likewise moot.

IT IS THEREFORE ORDERED as follows:

1. Defendants Matrix and T&B's Motion for Partial Dismissal [Doc # 6] is DENIED as moot;

2. Defendant Dodson's Motion for Partial Dismissal [Doc # 13] is DENIED as moot;

3. Defendant Ayala's Motion for Partial Dismissal [Doc # 20] is DENIED as moot; and

4. Defendants' Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint [Doc # 32] is DENIED as moot.

Dated: February  9 , 2006 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock

LEWIS T. BABCOCK, CHIEF JUDGE