**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   05-cv-00757-LTB-CBS

MICHELE HAMILTON and
LARRY HALL,
              Plaintiffs,

   vs.

MATRIX LOGISTICS, INC., a Delaware corporation,
TIBBET & BRITTEN GROUP NORTH AMERICA, INC., a Foreign Profit Corporation,
ROBERT DODSON, and
FRANK AYALA,
              Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 51 - filed February 16, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that Plaintiffs' Twelfth Claim for Relief against Individual Defendants Ayala and Dodson is **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs. The Twelfth Claim for Relief shall remain against Defendants Matrix Logistics, Inc. and Tibbet & Britten Group North America, Inc.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, Chief Judge
                                            United States District Court

DATED: February 17, 2006