IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00757-LTB-CBS

MICHELE HAMILTON, and
LARRY HALL,

    Plaintiffs,

v.

MATRIX LOGISTICS, INC.,
TIBBETT & BRITTEN GROUP NORTH AMERICA, INC.,
ROBERT DODSON, and
FRANK AYALA,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Consistent with the modifications made by Chief Judge Babcock to the pretrial deadlines, it is hereby **ORDERED** that the final pretrial conference set for August 26, 2006, is **VACATED** and **RESET** to **October 24, 2006, at 9:15 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Parties are directed to submit a proposed final pretrial order no later than **October 17, 2006**.

Pursuant to FED.R.CIV.P. 16(d) trial counsel MUST be physically present for the pretrial conference. *No telephonic appearances will be permitted.*

**DATED:**    February 23, 2006