IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-00757-LTB-CBS

MICHELE HAMILTON and
LARRY HALL,

      Plaintiffs

v.

MATRIX LOGISTICS, INC.,
TIBBETT & BRITTEN GROUP NORTH AMERICA, INC.,
ROBERT DODSON, and
FRANK AYALA,

      Defendants.
_____

ORDER
_____

      This matter is before me on the parties' Joint Motion to Extend Discovery Deadlines and Vacate Trial Date [Doc. # 47]. As discussed at the hearing held on February 23, 2006, the motion is hereby GRANTED as follows:

      1.      Written discovery must be served on or before April 28, 2006;

      2.      Fact and expert discovery must be completed on or before June 1, 2006;

      3.      Dispositive motions must be filed on or before August 1, 2006;

      4.      The current trial date of November 27 - December 8, 2006 is VACATED and re-scheduled for February 12 - February 23, 2007;

      5.      The final trial preparation conference currently scheduled for October 26, 2006 is VACATED and re-scheduled for January 19, 2007 at 3:00 p.m.; and

6.      The parties shall re-schedule the final pre-trial conference currently scheduled for August 23, 2006 with Magistrate Judge Schaffer.

Dated: February    23   , 2006, in Denver, Colorado.

                                        BY THE COURT:


                                           s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, CHIEF JUDGE