**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00757-LTB-CBS

MICHELE HAMILTON and
LARRY HALL,

        Plaintiffs,

v.

MATRIX LOGISTICS, INC.,
TIBBET & BRITTEN GROUP NORTH AMERICA, INC.,
ROBERT DODSON, and
FRANK AYALA,

        Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


       The Motion to Withdraw as Counsel (Doc 61 - filed June 26, 2006) is **GRANTED**.  Eric M. Bono is allowed to withdraw as counsel for Defendant Robert Dodson herein.  Defendant Dodson will continue to be represented by Elizabeth I. Kiovsky of Baird & Kiovsky, LLC.

Dated:  July 24, 2006
_____