IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  LEWIS T.  BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy:  LaDonne Bush | Date:  January 11, 2007 |
| Court Reporter:      Gwen Daniel | |

_____

| | |
|---|---|
| Civil Action No. 05-cv-00757-LTB | *Counsel:* |
| MICHELE HAMILTON and<br>LARRY HALL, | David Koppa |
|       Plaintiffs, | |
| v. | |
| MATRIX LOGISTICS, INC.,<br>TIBBETT & BRITTEN GROUP NORTH<br>AMERICA, INC.,<br>ROBERT DODSON, and<br>FRANK AYALA, | Heather Vickles<br>Hilary Von Rohr<br>Mark Baird |
|       Defendants. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

10:06 a.m.     Court in Session

Argument by Ms. Vickles.

Argument by Mr. Koppa.

Rebuttal argument by Ms. Vickles.

**ORDERED:** Defendants' Motion for Summary Judgment (Doc. 65) is taken under

     advisement.

**ORDERED:** Trial date and trial preparation conference are vacated.

11:14 a.m.  Court in Recess

Hearing concluded.
Time: 01:08